CEMENT MASONS HEALTH AND WEL-FARE TRUST FUND FOR NORTH-ERN CALIFORNIA; Cement Masons Pension Trust Fund for Northern California; Cement Masons Vacation Trust Fund for Northern California; and Cement Masons Apprenticeship and Training Trust Fund for Northern California, Plaintiffs-Appellants,

v.

KIRKWOOD–BLY, INC., Does 1 Through 10, Inclusive, Defendants-Appellees.

No. 81–4472.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 12, 1982.

Decided Nov. 18, 1982.

Robert M. Hirsch, Van Bourg, Allen, Weinberg & Roger, San Francisco, Cal., for plaintiffs-appellants.

Paul V. Simpson, Thierman & Simpson, San Francisco, Cal., for defendants-appellees.

Appeal from the United States District Court for the Northern District of California; Robert F. Peckham, Chief Judge.

Before SNEED, FARRIS and NORRIS, Circuit Judges.

ORDER

The judgment is affirmed for the reasons stated in the district court's opinion. 520 F.Supp. 942 (N.D.Cal.1981).